FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 1 5 2004

at 9 o'clock and 37 min. ___ M
WALTER A. Y. H. CHINN, CLERK

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Loretta.Sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> RODRIGO MORALES GODINEZ, ) <br> ) <br> Defendant. ) <br> ) | CR. NO. CR04-00266 SOM <br><br> INDICTMENT <br><br> [21 U.S.C. § 841(a) and <br> 841(b)(1)(B)] |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about July 3, 2004, in the District of Hawaii, RODRIGO MORALES GODINEZ knowingly and intentionally possessed with the intent to distribute 100 grams or more of a mixture or substance that contains a detectable amount of

heroin, to wit, approximately 708.9 grams of a mixture or substance that contains a detectable amount of heroin, Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(B).

DATED:   JUL 1 5 2004  , at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
LORETTA SHEEHAN
Assistant U.S. Attorney